In the matter of GILBERT *against* THE JUDGES of the Court of Common Pleas of the county of NIAGARA.

A VERDICT, in the Common Pleas of *Niagara* had been rendered against *Gilbert*, in favour of one *Tuttle*. *Gilbert* brought error, and put in bail, after which *Tuttle* sued out a *ca. sa.* on which *Gilbert* was arrested. The Common Pleas afterwards set this writ aside, on the ground that the writ of error was a supersedeas of execution, but imposed the condition that *Gilbert* should stipulate not to bring false imprisonment. And now,

A motion was made for a mandamus, commanding the Judges below to strike out this condition; but,

*The Court* were clear against the motion, and denied a rule to shew cause. They said that requiring this condition was a mere matter of discretion with the Court below; and this Court would not interfere.

Motion denied.

UTICA,
Aug. 1824.

On setting aside a *ca. sa.* for irregularity, the court of common pleas required the party against whom it issued to stipulate that he would not bring false imprisonment; and on motion to this court for a mandamus requiring them to vacate the condition, *held*, that this was matter of discretion in the court below, with which this court would not interfere.